BUDDIE STARNES v. THE STATE.

No. 5470. Decided October 22, 1919.

Adultery—Statement of Facts—Bills of Exceptions—Requested Charges.

In the absence of a statement of facts and bills of exception, the insufficiency of the evidence cannot be considered on appeal; and where the record failed to show whether the requested charges were given or not the presumption is that they were given.

Appeal from the County Court of Tarrant. Tried below before the Hon. Hugh L. Small, judge.

Appeal from a conviction of adultery; penalty, a fine of two hundred dollars.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE—Appellant was convicted of adultery, his punishment being assessed at a fine of $200.

The motion for new trial is based upon the alleged insufficiency of the evidence, which is set out at some length in the motion for new trial as it is purported to have occurred during the trial. The evidence, however, is not before us, nor are there any bills of exception. There were special charges requested, but the record fails to show whether they were given or not. In that attitude of the record the legal presumption is they were given. In the condition of this record we are unable to revise the evidence or say that it was insufficient.

The judgment, therefore, will be affirmed.

*Affirmed.*